UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN WHITTMAN, | No. 2:24-cv-01575-DJC-CKD PS |
| Plaintiff, | ORDER |
| v. | (ECF No. 10) |
| CHICO COURT, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 3, 3035, the Magistrate Judge filed findings and recommendations (ECF No. 10), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are ADOPTED IN FULL;
2. The action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b); and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **March 21, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE